**Order filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00687-CR

_____

**JEREMY JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 22nd District Court
Hays County, Texas
Trial Court Cause No. CR-17-0506**

## ORDER

Appellant is represented by appointed counsel, Donald B. Edwards. Appellant's brief was originally due December 5, 2018. We granted an extension of time to file appellant's brief until January 9, 2019. No brief was filed.

Accordingly, we order Donald B. Edwards to file a brief with the clerk of this court on or before **January 29, 2019**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and

directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM